K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
445 South Figueroa Street, 27th Floor
Los Angeles, California 90071
Tel: (310) 349-1111
Fax: (213) 612-7715
Email: tom@kohanlawfirm.com

**Attorneys for Plaintiff
THE DESTINEY GROUP dba
UNITEX INTERNATIONAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DESTINEY GROUP, INC., a California corporation, dba UNITEX INTERNATIONAL<br><br>Plaintiff<br><br>v.<br><br>FOREVER 21, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. **CV10 0408** (FFMx) GHK<br><br>**COMPLAINT FOR:**<br><br>(1) COPYRIGHT INFRINGEMENT<br>(2) CONTRIBUTORY COPYRIGHT INFRINGEMENT<br>(3) ACCOUNTING<br>(4) INJUNCTION<br><br>**JURY TRIAL DEMANDED** |

For its Complaint, plaintiff THE DESTINEY GROUP, INC., a California corporation, doing business as UNITEX INTERNATIONAL ("Plaintiff" or "UNITEX"), alleges as follows:

1

**COMPLAINT**

## THE PARTIES

1. UNITEX is a California corporation, and in the business of designing, printing and wholesale of fabrics, with its principal place of business in County of Los Angeles, State of California.

2. Upon information and belief, defendant FOREVER 21, INC. ("FOREVER 21" or "Defendant"), at all times herein mentioned was a California corporation, with its principal place of business in Los Angeles, California

3. Upon information and belief, at all times mentioned herein, FOREVER 21 conducted business in the state of California and within this judicial district.

4. The true names and capacities of defendants DOES 1-10, inclusive, are unknown to Plaintiff, who therefore sues them by such fictitious names. Plaintiff will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages herein alleged were proximately caused by those defendants.

5. At all times herein mentioned, defendants DOES 1-10, inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees, or attorneys, and with the permission and consent of their co-defendants.

6. Plaintiff is further informed and believes and thereon alleges that defendants DOES 1 through 10, inclusive, created, assembled, distributed,

manufactured and/or sold garments comprised of fabric printed with Plaintiff's copyrighted Subject Design (as hereinafter defined) or that have otherwise contributed to the infringement of Plaintiff's copyright Subject Design.

## JURISDICTION AND VENUE

7. This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*, seeking damages, attorneys' fees, preliminary and permanent injunctive relief and an accounting, as well as damages and other relief based upon other claims related to the misappropriation of Plaintiff's intellectual property. This action also contains causes of action for California's Unfair Competition Law, California Business and Professions Code.

8. This court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a) and (b).

9. The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 (a) because Plaintiff's state law claims are so related to Plaintiff's copyright claims that they form part of the same case or controversy.

10. The Court has personal jurisdiction over the Defendants because, upon information and belief, they have intentionally manufactured, advertised, sold and caused to be sold their infringing products in the State of California, in this judicial district.

11. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400 (a) in that a substantial part of the acts or omissions giving rise to the claims herein occurred within this judicial district.

## FACTS COMMON TO ALL CAUSES OF ACTION

12. Plaintiff is in the business of creating and developing original artwork of fabrics for use in garments, a time and labor intensive task. This time and labor intensive process is the lifeblood of Plaintiff's business.

13. Plaintiff is the copyright holder and owns all right, title, and interest in and to each of the designs identified below ("Subject Designs"):

    a. Design No. 1808114 reflected in Unitex's Copyright Registration number Vau 970-099; and

    b. Design No. C-62 reflected in Unitex's Copyright Registration number Vau 954-714.

True and correct copies of said copyright registrations are attached hereto as Exhibit A.

14. At all relevant times, Plaintiff has duly complied with all of the provisions of the Copyright laws of the United States in connection with the Subject Designs.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### (Against All Defendants)

15. Plaintiff refers to and incorporates by reference paragraphs 1 to 14 inclusive, of this Complaint as though fully set forth herein.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Designs.

17. Defendants, and each of them, infringed Plaintiff's copyrights by copying the Subject Design and by producing, distributing, and selling fabric and/or garments incorporating the Subject Designs without Plaintiff's consent or

permission.

18. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright in the Subject designs, are vicariously liable for said infringements because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

19. Plaintiff is informed and believes and thereon alleges that by reason of Defendants' acts of copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damage to its business in the form of diversion of trade, loss of income and profits, and dilution and destruction of the value of its rights, all in amounts which are not yet fully ascertainable but which are estimated to be not less than one hundred fifty thousand dollars ($150,000).

20. Due to Defendants' acts of infringement, Plaintiff has also suffered general and special damages including, without limitation, damages resulting from Plaintiff having had to investigate and analyze Defendants' infringing conduct, and hiring attorneys, all in an amount to be established at trial.

21. Moreover, as a direct result of the acts of copyright infringement alleged above by the named defendants and defendants as yet unidentified, defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted the Subject Designs. Plaintiff is entitled to disgorgement of each of defendant's profits directly and indirectly attributable to said defendants' infringement of the Subject Designs.

22. Plaintiff is informed and believes and thereon alleges that Defendants and each of them knowingly and intentionally copied the Subject Designs, making

their conduct wilful and intentional and malicious, subjecting defendants and each of them, to liability therefor, including statutory damages under Section 504(c)(2) of the Copyright Act in the sum of one hundred fifty thousand ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

23. Plaintiff is informed and believes and thereon alleges that Defendants continue to infringe the copyright in the Subject Design.

## SECOND CAUSE OF ACTION
## CONTRIBUTORY COPYRIGHT INFRINGEMENT
### (Against All Defendants)

24. Plaintiff refers to and incorporates by reference paragraphs 1 to 23 inclusive, of this Complaint as though fully set forth herein.

25. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated, and aided and abetted in, and profited from, the copying and/or subsequent selling of garments and/or fabrics featuring the Subject Designs, as alleged herein above.

26. By reason of Defendants' acts of contributory copyright infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damage to its business in the form of diversion of trade, loss of income and profits, and dilution and destruction of the value of its rights, all in amounts to be established at trial.

27. Due to Defendants' acts of contributory infringement, Plaintiff has also suffered general and special damages including, without limitation, damages resulting from Plaintiff having had to investigate and analyze Defendants' infringing conduct, and hiring attorneys, all in an amount to be established at trial.

28. Moreover, as a direct result of the acts of contributory copyright infringement alleged above by the named defendants and defendants as yet unidentified, defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted the Subject Designs. Plaintiff is entitled to disgorgement of each of defendant's profits directly and indirectly attributable to said defendants' infringement of the Subject Designs. Because of the massive scope and extent of the infringement of the Subject Designs by named defendants and defendants as yet unidentified, the amount of defendants' profits cannot be presently ascertained or estimated.

29. Plaintiff is informed and believes and thereon alleges that Defendants and each of them knowingly and intentionally copied the Subject Designs, making their conduct wilful and intentional and malicious, subjecting defendants and each of them, to liability therefor, including statutory damages under Section 504( c)(2) of the Copyright Act in the sum of one hundred fifty thousand ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

### THIRD CAUSE OF ACTION
### ACCOUNTING
### (Against All Defendants)

30. Plaintiff refers to and incorporates by reference paragraphs 1 to 29 inclusive, of this Complaint as though fully set forth herein.

31. Plaintiff is informed and believes, and thereon alleges, that, by selling, advertising, and marketing infringing products, and otherwise exploiting or using the Subject DesignS, or derivations thereof, Defendants have already

profited, and will continue to do so in the future, from unauthorized exploitation of the Subject DesignS.

32. Since Plaintiff's damages are a direct result of the proceeds derived by Defendants from the sales of the infringing products, it is necessary to obtain from Defendants an accounting of the affairs in connection therewith. Plaintiff is entitled to an accounting of the profits realized by Defendants as a result of the exploitation of the Subject Designs, or derivations thereof.

## FOURTH CAUSE OF ACTION
## INJUNCTION
### (Against All Defendants)

33. Plaintiff refers to and incorporates by reference paragraphs 1 to 32 inclusive, of this Complaint as though fully set forth herein.

34. As a result of Defendants' infringing conduct, the value of the Subject Design, derivatives thereof, and items produced therefrom, has been diminished.

35. Plaintiff is informed and believes, and thereon alleges that the public mistakenly believes that Plaintiff and/or its customers are associated with Defendants. Accordingly, Defendants' copying of the Subject Designs and exploitations thereof, undermines Plaintiff's reputation and reduces the demand for all of its works and designs.

36. Plaintiff has suffered irreparable damage to its reputation, goodwill and the value in and to its designs and products made therefrom, for which there is no remedy at law. Accordingly, Plaintiff seeks a preliminary and permanent injunction to prevent further infringement of the Subject Designs, and any derivations thereof.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays:

1. That Defendants, and each of them, and their respective agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

2. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at trial, or, if elected before final judgment, statutory damages as available under the Copyright Act;

3. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act;

4. That Defendants be compelled to account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

5. That Plaintiff be awarded pre-judgment interest as allowed by law;

6. For costs of suit incurred herein; and,

7. For any such other and further relief as this court may been just and proper.

DATED:   January 19, 2010            KOHAN LAW FIRM

                                     By: _____
                                     K. TOM KOHAN
                                     Attorney for Plaintiff
                                     THE DESTINEY GROUP dba
                                     UNITEX INTERNATIONAL

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted, as provided by Rule 38 of the Federal Rules of Civil Procedure.

DATED: January 19, 2010                KOHAN LAW FIRM

By: _____
K. TOM KOHAN
Attorney for Plaintiff
THE DESTINEY GROUP dba
UNITEX INTERNATIONAL

10

**COMPLAINT**

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 970-099

Effective date of registration:

May 7, 2008

## Title
- **Title of Work:** Overlap-0501-01
- **Previous or Alternative Title:** 1808114, 1808115, 1808118, 1808125

## Completion/ Publication
- **Year of Completion:** 2008

## Author
- **Author:** Unitex International employer for hire of Janice Kim
- **Author Created:** 2-Dimensional artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1964

## Copyright claimant
- **Copyright Claimant:** Unitex International employer for hire of Janice Kim
  4800 District Blvd., Vernon, CA 90058

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Janice Kim
- **Date:** May 2, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 954-714**

Effective date of registration:

October 5, 2007

## Title

**Title of Work:** Ethnic Flower Borders

**Previous or Alternative Title:** P-8, C-34, C-62, GG23

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** Unitex International Employer for hire of Janice Kim
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Year Born:** 1964

## Copyright claimant

**Copyright Claimant:** Unitex International
4800 District Blvd., Vernon, CA, 90058

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Janice Kim
**Date:** September 24, 2007

**Correspondence:** Yes

Page 1 of 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

```
CV10- 408 GHK (FFMx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [_] Southern Division | [_] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

K. TOM KOHAN (SBN 225420)
KOHAN LAW FIRM
445 S. FIGUEROA STREET, 27TH FLOOR
LOS ANGELES, CA 90071
TEL: 310-349-1111 FAX: 213-612-7715
EMAIL: tom@kohanlawfirm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DESTINEY GROUP, INC., a California corporation, dba UNITEX INTERNATIONAL<br><br>PLAINTIFF(S)<br>v.<br><br>FOREVER 21, INC., a California corporation; and DOES 1-10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10  0408  GHK  (FFMx)<br><br>SUMMONS |

TO: DEFENDANT(S): FOREVER 21, INC., a California corporation; and DOES 1-10, inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, K. TOM KOHAN, ESQ._____, whose address is 445 S. FIGUEROA STREET, 27TH FLOOR, LOS ANGELES, CA  90071_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN 2 0 2010

By: CHRISTOPHER POWERS
    Deputy Clerk
    (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
THE DESTINEY GROUP, INC., a California corporation, dba UNITEX INTERNATIONAL

**DEFENDANTS**
FOREVER 21, INC., a California corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

K. TOM KOHAN (SBN 225420)
445 S. FIGUEROA STREET, 27TH FLOOR, LOS ANGELES, CA 90071
TEL: 310-349-1111 FAX: 213-612-7715 EMAIL: tom@kohanlawfirm.com

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV10 0408

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 1/19/2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |