JS-6

FILED
SEP - 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
445 South Figueroa Street, 27th Floor
Los Angeles, California 90071
Tel: (310) 349-1111
Fax: (213) 612-7715
Email: tom@kohanlawfirm.com

**Attorneys for Plaintiff**
**THE DESTINEY GROUP dba**
**UNITEX INTERNATIONAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DESTINEY GROUP, INC., a California corporation, dba UNITEX INTERNATIONAL<br><br>Plaintiff<br><br>v.<br><br>FOREVER 21, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV10-00408 JST (FFMx)<br><br>Hon. Josephine Staton Tucker<br><br>[~~PROPOSED~~] ORDER ON STIPULATION S FOR DISMISSAL OF ACTION WITH PREJUDICE |

//
//
//
//

<u>IT IS HEREBY ORDERED</u>:

1. The action is dismissed with prejudice against all parties.
2. Each party is to bear its own costs and fees as incurred against one another.

<u>SO ORDERED.</u>

Dated: SEP - 2 2010

_____
Hon. Josephine Staton Tucker
U.S. District Judge

2

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL**